JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-10873-FMO-JPR<br><br>**ORDER GRANTING STIPULATION [15] TO REMAND TO STATE COURT** |

113112121

CASE NO. 2:20-CV-10873-FMO-JPR

The Court, having reviewed the Parties' Stipulation to Remand (the "Stipulation"), being duly advised and upon good cause shown, hereby GRANTS the Stipulation, and hereby ORDERS that the above-captioned case be REMANDED to the Superior Court of the State of California for the County of Los Angeles.

The Clerk shall remand this action to the Superior Court of California, Los Angeles.

**IT IS SO ORDERED**

DATED: February 3, 2021

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE